THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:96CR66 |
| | ) | |
| vs. | ) | ORDER FOR |
| | ) | DISMISSAL OF INDICTMENT |
| ISUARO AMAYA-BUENO, | ) | |
| | ) | |
| Defendant. | ) | |

The Motion of the United States is hereby granted. It is hereby ordered that the Indictment in this matter is dismissed without prejudice, as to the defendant, Isuaro Amaya-Bueno.

DATED this 16th day of December, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge